# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133569(16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DALE DUWAYNE OTIS, JR.,
      Defendant-Appellant.

SC: 133569
COA: 275876
Branch CC: 03-117950-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's September 21, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, J., would grant reconsideration.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

d1119